**Appeal reinstated and Order filed December 1, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00538-CV
_____

## IN THE INTEREST OF C.U.D., S.L.D., A/K/A S.D., J.P.J.D., K.K.J.D., AND A.E.D., II, CHILDREN

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-37155**

## ORDER

On October 27, 2021, this court abated this appeal on appellant's motion, as appellant had informed his counsel that he no longer wished to be represented by him. Pursuant to this court's order, the trial court held a hearing on November 12, 2021 to consider a motion for the withdrawal of appellant's counsel. A supplemental clerk's record and supplemental reporter's record have been provided in association with that hearing. Appellant, appellant's counsel who sought to withdraw by motion, and counsel for the Department of Family and Protective Services appeared at this hearing. Based on statements made by appellant and his counsel at the hearing, the

trial court denied the motion for appellant's counsel to withdraw and acknowledged that appellant's counsel could proceed with this appeal. An order reflecting the denial of that motion was signed November 16, 2021.

Accordingly, the court hereby reinstates the appeal, and orders appellant to file a brief with this court no later than **December 15, 2021**. No further extensions of this deadline will be granted absent extraordinary circumstances.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.